**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

**CASE NO.: 1:26-cv-06727**

MORGAN HOWARTH,

Plaintiff,

v.

ETSY, INC.,

Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant ETSY, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Howarth's original copyrighted Work of authorship.

2. Howarth, based in Washington DC, has been a photographer for over 25 years and first came to photography while studying engineering in college. Inspired by a photojournalist, he changed his course load and never looked back. Now, Howarth focuses on interior and architecture work but is adept in almost all forms of photography. His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into that one perfect shot. Howarth has photographed for a multitude of national clients in a variety of businesses.

3. Defendant ETSY, INC. ("Etsy") is a global e-commerce marketplace that connects buyers and independent sellers offering handmade, vintage, and unique goods. At all times relevant herein, Etsy owned and operated the internet website located at the URL https://www.etsy.com/ (the "Etsy Platform"). Upon information and belief, Plaintiff's copyrighted work was displayed in connection with an Etsy listing through Pinterest at the URL https://www.pinterest.com/ (the "Pinterest Page") via a post that linked users to the Etsy Platform.

4. Howarth alleges that Etsy copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. Etsy committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Etsy's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Etsy is subject to personal jurisdiction in New York.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Etsy engaged in infringement in this district, Etsy resides in this district, and Etsy is subject to personal jurisdiction in this district.

## DEFENDANT

9. Etsy, Inc. is a Delaware Corporation, registered to do business in New York, with its principal place of business at 117 Adams Street, Brooklyn, New York, 11201, and can be

served by serving its Registered Agent, United Agent Group Inc., at 600 Mamaroneck Avenue, #400, Harrison, NY 10528.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 1997 and, Howarth created the photograph entitled "3602 Willow Birch Drive Glenwood, MD interior architecture," which is shown below and referred to herein as the "Work."



11. Howarth's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

12. Howarth registered the Work with the Register of Copyrights on and as part of a group registration. The Group Registration was assigned registration number and. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. At all relevant times Howarth was the exclusive owner of the copyrighted Work.

**INFRINGEMENT BY ETSY**

14. Etsy has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Etsy copied the Work.

16. Within three years of filing this action, Howarth learned of the unauthorized use of his Work on the Website at the following URLs:

a. https://www.pinterest.com/pin/85709199149355842/

17. Defendant displayed Plaintiff's copyrighted photograph on Pinterest without authorization. The image was published on a Pinterest post identified as originating from the Etsy Platform and was used to promote and direct users to an Etsy listing through a clickable "Visit" link.

18. Etsy copied Howarth's copyrighted Work without Howarth's permission.

19. After Etsy copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

20. Etsy copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

21. Etsy committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Howarth never gave Etsy permission or authority to copy, distribute or display the Work for any purpose.

23. Howarth notified Etsy of the allegations set forth herein on November 19, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Howarth incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Howarth owns a valid copyright in the Work.

26. Howarth registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Etsy copied, displayed, and distributed the Work and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

28. Etsy performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Howarth has been damaged.

31. The harm caused to Howarth has been irreparable.

## VICARIOUS COPYRIGHT INFRINGEMENT

32. Howarth incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

34. Etsy has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

35. Despite having the ability to stop the infringed Work from being displayed on its Website, Etsy allowed the materials to remain up for display.

36. To the extent that the actions described above were performed by the third-party alone, Etsy is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

37. Howarth has been damaged.

38. The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff MORGAN HOWARTH prays for judgment against the Defendant ETSY, INC. that:

a. Etsy and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Etsy be required to pay Howarth his actual damages and Defendant's profits attributable to the infringement, or, at Howarth's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Howarth be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Howarth be awarded pre- and post-judgment interest; and

e. Howarth be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Howarth hereby demands a trial by jury of all issues so triable.

Dated: October 19, 2026 Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
NY Bar Number: JD067
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Morgan Howarth*